1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No.: CR16-00293-ODW
                                 )
12             Plaintiff,        )   ORDER OF DETENTION PENDING
                                 )   FURTHER REVOCATION
13        v.                     )   PROCEEDINGS
    HECTOR MENDEZ,               )   (FED. R. CRIM. P. 32.1(a)(6); 18
14                               )   U.S.C. § 3143(a)(1))
               Defendant.        )
15  _____)

16      The defendant having been arrested in this District pursuant to a warrant
17 issued by the United States District Court for the CENTAL District of
18 CALIFORNIA for alleged violation(s) of the terms and conditions of probation or
19 supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22 A. (X)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25          (X)  information in the Pretrial Services Report and Recommendation
26          (X)  information in the violation petition and report(s)
27          (X)  the defendant's nonobjection to detention at this time
28          (X)  other: <u>allegations of absconding and drug use</u>

                                        1

and/ or

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- ( )   information in the Pretrial Services Report and Recommendation
- ( )   information in the violation petition and report(s)
- ( )   the defendant's nonobjection to detention at this time
- ( )   other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 17, 2018

_____
KENLY KIYA KATO
United States Magistrate Judge